IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PHILLIP J. KENNEDY,**

    Plaintiff,

v.                              Case No. 3:11cv453/MCR/EMT

**JEAN PIERRE SAKEY, et al.,**

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 28, 2011 (doc. 4). The Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and under 28 U.S.C. § 1915(e)(2)(B)(iii) because it seeks monetary relief against a defendant who is immune from such relief.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of October, 2011.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**